AUGUST 6, 2003

No. 03–5710 (03A114). IN RE RIVERA. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 03–5700 (03A111). RIVERA v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

AUGUST 7, 2003

No. 03–5709 (03A113). FORTENBERRY v. ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

AUGUST 8, 2003

No. 02–340. CHRISTIE'S INTERNATIONAL PLC ET AL. v. KRUMAN ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.1.

AUGUST 11, 2003

No. 02A1001. NEVAREZ-DIAZ v. UNITED STATES. Application for certificate of appealability, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. 02A1048 (03–133). FERRO v. UNITED STATES. C. A. 8th Cir. Application for stay of mandate pending disposition of the